IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONID KHAYET,<br><br>        Plaintiff,<br><br>vs.<br><br>TODD CUSHING,<br><br>        Defendant. | **8:18CV330**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Matthew W. Lytle, as counsel of record for Defendant Todd Cushing, (Filing No. 68), is granted.

July 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge