# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEO KHAYET,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TODD CUSHING,<br><br>　　　　　　Defendant. | 8:18CV330<br><br>ORDER OF DISMISSAL |

Pursuant to the Court's Memorandum and Order, ECF No. 254, Page ID 2026-28 in Case No. 8:17cv369, and the Court's inherent authority, this case is dismissed, with prejudice, as a sanction for Plaintiff Leo Khayet's abuse of the judicial process in Case No. 8:17cv369. Accordingly,

IT IS ORDERED:

1. The Motions that appear at ECF Nos. 77, 79, and 81 are denied as moot;

2. This action is dismissed, with prejudice; and

3. A separate judgment will be entered.

Dated this 5th day of September, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge