# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEO KHAYET,<br><br>              Plaintiff,<br><br>vs.<br><br>TODD CUSHING,<br><br>              Defendant. | 8:18CV330<br><br>ORDER |

This matter is before the Court on the Notice of Appeal, ECF No. 157, filed by Plaintiff Leo Khayet and the Clerk's Memorandum regarding in forma pauperis status, ECF No. 158. Khayet seeks to appeal an Order dated August 21, 2018, staying progression of Case 8:18CV330 until the resolution of Case 8:17CV369. Khayet states no cognizable legal grounds for this appeal. The Court certifies that the appeal is not brought in good faith, and Khayet is not permitted to proceed in forma pauperis in his appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).

IT IS ORDERED:

I. Khayet is denied leave to proceed on appeal in forma pauperis;

II. The Clerk of Court shall send a copy of this Order to the United States Court of Appeals for the Eighth Circuit.

Dated this 4th day of February 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge