IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEO KHAYET,

             Plaintiff,

    v.

TODD CUSHING,

             Defendant.

**8:18CV330**


**MEMORANDUM
AND ORDER**

This matter is before the Court on plaintiff Leo Khayet's ("Khayet") *pro se* "Partial Motion for Relief from Final Judgment 89 and Reopening of Case, Pursuant to But Not Limited by FRCP 60(b)(4) and (6)" and supplements thereto (Filing Nos. 165, 170 and 171).[1] On September 5, 2018, this Court entered Judgment (Filing No. 89). Khayet seeks to reopen this case almost seven years after it was closed.

In support of the motion Khayet simply states, "the Nebraska District Court never established jurisdiction of the above captioned matter following transfer from the District of Kansas." Khayet sets forth no basis for this jurisdictional challenge, and this is the first time it was raised. Khayet's untimely and unsupported request is denied.

Khayet apparently recently also sought relief from the Eighth Circuit Court of Appeals in this case and a related case (8:17CV369). That motion for reconsideration was summarily denied as moot (Filing No. 163 in 8:18CV330) and the Court reminded Khayet of its June 4, 2020 Order: "barring Leo Khayet from having any contact with the Eighth

---

[1]Khayet filed this motion via the Court's CM/ECF System. Khayet was granted access during the pendency of the above-captioned lawsuit. The Nebraska Civil Rules provide that "the clerk will deny any request for electronic filing made by . . . pro se parties who are not parties to pending civil cases." NECivR 5.1(b)(1). Because this matter has been closed since 2018, there is no pending case.

Circuit Clerk of Court or any member of the Clerk of Court's staff regarding these cases remains in effect.  Contact includes emails, faxes, phone calls, text messages, filings in any of these cases and any other form of direct or indirect contact."

IT IS ORDERED:

1.   Plaintiff Leo Khayet's *pro se* Partial Motion for Relief from Final Judgment 89 and Reopening of Case, Pursuant to But Not Limited by FRCP 60(B)(4) and (6) (Filing No. 165) is denied.

2.   The Clerk of Court is directed to terminate electronic filing access by Khayet.

Dated this 17th day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2